**ATTACHMENT TO SUMMONS**

<u>Full list of Plaintiffs:</u> County of Santa Clara D/B/A Santa Clara Valley Medical Center, City and County of San Francisco D/B/A Zuckerberg San Francisco General Hospital and Trauma Center and D/B/A Laguna Honda Hospital and Rehabilitation Center, County of Contra Costa D/B/A Contra Costa Regional Medical Center, Saint Agnes Health D/B/A Saint Agnes Health, Saint Francis Hospital and Medical Center, Johnson Memorial Hospital, Inc. D/B/A Johnson Memorial Medical Center, Saint Mary's Hospital, Inc., Saint Francis Hospital, Inc., Holy Cross Hospital, Inc., St. Mary's Hospital, Inc. D/B/A St. Mary's Hospital, St. Mary's Sacred Heart Hospital, Inc. D/B/A St. Mary's Sacred Heart Hospital, Saint Alphonsus Regional Medical Center, Inc., Saint Alphonsus Medical Center - Nampa, Inc.  D/B/A Saint Alphonsus Medical Center – Nampa, Gottlieb Memorial Hospital, Gottlieb Community Health Services Corporations D/B/A MacNeal Hospital, Genesis Health System D/B/A Genesis Medical Center Silvis, Loyola University Medical Center, Saint Joseph Regional Medical Center – South Bend Campus, Inc, Saint Joseph Regional Medical Center Plymouth Campus, Inc. D/B/A Saint Joseph Health System Plymouth Medical Center, Genesis Health System D/B/A 1 - Genesis Medical Center Davenport, East Rusholme Street D/B/A 2 - Genesis Medical Center Davenport, West Central Park Avenue, Sartori Memorial Hospital, Inc. D/B/A MercyOne Cedar Falls Medical Center, Covenant Medical Center, Inc. D/B/A MercyOne Waterloo Medical Center, Mercy Health Services-Iowa, Corp. D/B/A MercyOne Dubuque Medical Center, Catholic Health Initiatives - Iowa, Corp. D/B/A MercyOne Des Moines Medical Center, Mercy Health Services – Iowa, Corp D/B/A Mercy Medical Center Sioux City, The Mercy Hospital, Inc. D/B/A Mercy Medical Center, Trinity Health-Michigan D/B/A Trinity Health Livonia Hospital, Trinity Health Michigan D/B/A Saint Joseph Mercy Oakland Hospital, Trinity Health – Michigan D/B/A Saint Mary's Health Care, Trinity Health-Michigan D/B/A Trinity Health Livingston Hospital, Trinity Health Michigan D/B/A Saint Joseph Mercy Hospital Ann Arbor, Mercy Health Partners D/B/A Trinity Health Grand Haven Hospital, St. Joseph Mercy Chelsea, Inc. - Trinity Health Chelsea Hospital, Saint Peter's Hospital of the City of Albany D/B/A Saint Peter's Hospital, Saint Joseph's Health, Inc. D/B/A Saint Joseph's Hospital Health Center, Samaritan Hospital of Troy, New York D/B/A 1 - Samaritan Hospital - D/B/A 2 -Samaritan Hospital - St. Mary's Campus - D/B/A 3 - Samaritan Hospital - Albany Memorial Campus, Mount Carmel Health System D/B/A Mount Carmel St. Ann's, Mount Carmel Health System D/B/A Mount Carmel West, Mount Carmel Health System D/B/A Mount Carmel New Albany, Mercy Catholic Medical Center of Southeastern Pennsylvania D/B/A Mercy Fitzgerald Hospital, Nazareth Hospital D/B/A Nazareth Hospital, St. Mary Medical Center D/B/A St. Mary Medical Center